1024

Thurman Industries, Inc., *Appellant*, v. Omega Cabinets, Ltd., et al., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, No. 02-2-04971-9, Ronald L. Castleberry and David F. Hulbert, JJ., entered November 25, 2003 and March 1, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Becker, JJ.

L. David Tyner III, *Appellant* v. The Department of Social and Health Services et al., *Defendants*, Inda Drake et al., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 95-2-04575-8, James A. Doerty and Mary Roberts, JJ., entered September 5, and December 12 and 19, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Becker, JJ.

The State of Washington, *Respondent*, v. Anthony Trujillo, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01523-3, Richard McDermott, J., entered January 16, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.